THE HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARL TERRANELLA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMMAMISH FITNESS, LLC, a Washington limited liability company,<br><br>Defendant. | No. 2:19-cv-00358-MLP<br><br>NOTICE OF APPEARANCES ON BEHALF OF SAMMAMISH FITNESS, LLC. |

**TO:**   All Parties and Their Counsel of Record

PLEASE TAKE NOTICE of the appearance in this litigation of Sammamish Fitness, LLC by and through the undersigned counsel.  Copies of all documents and pleadings in this litigation, with the exception of original process, are to be served on the undersigned counsel.

DATED this 26th day of April, 2019.

*s/Ryan Spear*
Ryan Spear, WSBA No. 39974

*s/Nicola C. Menaldo*
Nicola C. Nenaldo, WSBA No. 44459

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
E-mail:  RSpear@perkinscoie.com
E-mail:  NMenaldo@perkinscoie.com

Attorneys for Defendant Sammamish Fitness, LLC

NOTICE OF APPEARANCES ON BEHALF OF
SAMMAMISH FITNESS, LLC (NO. 2:19-CV-00358-MLP) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

91004-1100/144212849.1

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that on April 26, 2019, I electronically filed the foregoing NOTICE OF APPEARANCES with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses indicated on the Court's Electronic Mail Notice List.

Dated this 26th day of April 2019

*s/Ryan Spear*
Ryan Spear, WSBA No. 39974
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099 Telephone: 206.359.8000 Facsimile: 206.359.9000
E-mail: RSpear@perkinscoie.com

CERTIFICATE OF SERVICE
(NO. 2:19-CV-00358-MLP)– 1

91004-1100/144212849.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000